MAX SCHWEITZER v. SIGMUND W. BARASCH.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

THE CHEMICAL NATIONAL BANK OF NEW YORK v. NEW YORK DOCK COMPANY. — Motion granted. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

FREED-EISEMANN RADIO CORPORATION v. WIRELESS SPECIALTY APPARATUS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY AND NINETY-SIXTH STREET REALTY COMPANY v. WILLIAM E. WALSH, as Superintendent, etc., and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of ISIDOR PICKER, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

ALEXANDER GOLDMAN, an Infant, etc., v. ABRAHAM STEINBERG and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

HELEN E. STOKES v. WILLIAM E. D. STOKES and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of the Application of the CITY OF NEW YORK (WESTCHESTER AVENUE, BOROUGH OF BRONX).— Motion denied. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

HARRY SKOLNIK, as Administrator, etc., v. GEORGE LEUEDERS & COMPANY.— Motion granted. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

ABRAHAM ADLER v. CHARLES B. MERGENTINE and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

PHILIP BARNARD and Others v. ADOLPH HUMPFNER, Tenant, and GUSTAVE LEMKE and Others, Appellants.— Motion for stay pending appeal granted upon the same conditions as were imposed by the Appellate Term, viz., payment of rent due and thereafter as it becomes due, and filing an undertaking in the sum of $1,000, if the one already given has expired, for the payment of all costs and damages respondent may suffer by reason of the stay. Settle order on notice. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of JACOB APPELL, Deceased. (Accounting Proceedings.) — Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BARNETT KEYSER, Respondent, v. NATHAN J. MILLER and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.; Clarke, P. J., and Merrell, J., dissenting.